1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendants

7
                    IN THE UNITED STATES DISTRICT COURT
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10 PRINCE EGU UDUKA.,                          CASE NO. 2:23-CV-01188-JDP

11                Plaintiff,                   STIPULATION AND [PROPOSED] ORDER FOR
                                               FIRST EXTENSION OF TIME
12         v.

13 UNITED STATES OF AMERICA, ET AL.,

14                Defendants.

1

Defendants respectfully requests a short first extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose. Defendants intend on filing a motion to dismiss all claims in Plaintiff's complaint but require one additional business day to prepare their motion and supporting declaration.

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is August 28, 2023. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  August 25, 2023               PHILLIP A. TALBERT
                                      United States Attorney

                                By:   /s/ ELLIOT C. WONG
                                      ELLIOT C. WONG
                                      Assistant United States Attorney


                                      /s/ ALAN R. DIAMANTE
                                      ALAN R. DIAMANTE
                                      Counsel for Plaintiff


### [PROPOSED] ORDER

Pursuant to the parties' stipulation, defendants' motion to dismiss, ECF No. 10, is deemed timely.

IT IS SO ORDERED.

Dated:   August 29, 2023              _____
                                      JEREMY D. PETERSON
                                      UNITED STATES MAGISTRATE JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28